**E-Filed 08/02/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN R. BEAN,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF MONTEREY SHERIFF'S DEPARTMENT,<br><br>    Defendant. | Case Number C 06-00201 JF<br><br>ORDER[1] STRIKING THE FIRST AMENDED COMPLAINT AND VACATING THE AUGUST 11, 2006 HEARING DATE<br><br>[re: docket no. 27] |

  Defendant County of Monterey Sheriff's Department ("Sheriff's Department") moves to dismiss Plaintiff John R. Bean's ("Bean") *pro se* first amended complaint ("FAC") for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court has considered this matter without oral argument, pursuant to Civil Local Rule 7-1(b). For the reasons set forth below, the Court will strike Bean's amended complaint as inconsistent with the Court's Order dated June 7, 2006 ("the June 7 Order") and vacate the August 11, 2006 hearing date.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-00201 JF
ORDER STRIKING THE FIRST AMENDED COMPLAINT AND VACATING THE AUGUST 11, 2006 HEARING DATE
(JFEX1)

Bean filed his original complaint on January 11, 2006. On March 9, 2006, the Sheriff's Department filed a motion to dismiss the original complaint. In response to the motion to dismiss, Bean filed his FAC. The FAC was never served to the Sheriff's Department because Bean believed that the Court would serve it based on his *in forma pauperis* status. Although the FAC was not at issue because it had not been served to the Sheriff's Department, the Court nonetheless expressly addressed the FAC during oral argument on June 2, 2006 and in the June 7 Order. The June 7 Order indicated that Bean may file an amended complaint that addresses the insufficiencies in his complaint, and that he should not serve the insufficient FAC on the Sheriff's Department. Despite the Court's instructions, Bean served the belated FAC on the Sheriff's Department.

The Sheriff's Department now moves to dismiss the FAC. In response, Bean has filed a document that is more like a second amended complaint than an opposition. Bean's opposition does not address any of the arguments made by the Sheriff's Department in its motion to dismiss. Instead, Bean asserts violations of the Fourth Amendment, the Sixth Amendment, the Fourteenth Amendment, the Ninth Amendment, and civil rights violation. The opposition does not identify the Sheriff's Department as a defendant, but rather names as defendants two of the Sheriff's deputies who arrested Bean–M. Shapiro and J. Villasenor–and Jayne Speizer, who is associated with the Monterey County *Herald* newspaper. Bean did not serve the opposition on any of the newly named parties.

In light of the foregoing, the Court will strike the FAC and vacate the August 11, 2006 hearing date. Bean may file a second amended complaint that sets forth all of his claims for relief and addresses the deficiencies set forth in the June 7 Order. If Bean adds additional defendants to the instant action, he must serve them with the amended complaint.

Case No. C 06-00201 JF
ORDER STRIKING THE FIRST AMENDED COMPLAINT AND VACATING THE AUGUST 11, 2006 HEARING DATE
(JFEX1)

### IV. ORDER

Good cause therefore appearing, IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint is STRICKEN as inconsistent with the Court's order dated June 7, 2006. The hearing set for August 11, 2006 is vacated. Any amended complaint shall be filed and served within twenty (20) days after service of this order.

DATED: August 2, 2006

_____
JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2  John Richard Bean          WilsonrreR@netscape.net

3
4  Traci A. Kirkbride         kirkbrideta@co.monterey.ca.us,
                              edwards-jamesg@co.monterey.ca.us; zazuetac@co.monterey.ca.us

4

Case No. C 06-00201 JF
ORDER STRIKING THE FIRST AMENDED COMPLAINT AND VACATING THE AUGUST 11, 2006 HEARING DATE
(JFEX1)